# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR VURYEVICH KOZUB,<br><br>   Petitioner,<br><br>   v.<br><br>TAYLOR,<br><br>   Respondent. | Case No. 1:25-cv-01602-SAB-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 8) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondent has moved for an extension of time to file a response to the petition because counsel has not received requested documents from the Federal Bureau of Prisons. (ECF No. 8.) Local Rule 233, which governs motions for administrative relief such as "requests to extend a response deadline," provides that a motion for administrative relief "must be accompanied by a proposed order." L.R. 233(a)(4). Local Rule 137 provides that "[w]hen a proposed order is electronically submitted to the Court, the person proposing the order must submit it via CM/ECF, thereby effecting service on all other parties." L.R. 137(b). "In addition to filing the proposed order electronically in .pdf format, the proposing person must also submit by email a separate proposed order in Word format to the appropriate Judge or Magistrate Judge's email box listed on the Court's website. The email subject line must contain the words 'proposed order' as well

as the case number." L.R. 137(b). "**Both** the submission of the .pdf version and the submission via email to the email box of the assigned Judge or Magistrate Judge must be accomplished." Id. (emphasis in original).

The instant motion for extension of time does not comply with the Local Rules. Although the Court will grant the extension, counsel is advised to ensure that future motions for administrative relief comply with the Local Rules.

Respondent's motion for extension of time (ECF No. 8) is GRANTED. The response to the petition is due March 3, 2026.

IT IS SO ORDERED.

Dated:   **January 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2